CITY OF ALPENA, *for use of* BEAUDRIE, *v.* MURRAY CO.

MUNICIPAL CORPORATIONS—PUBLIC BUILDINGS AND WORKS—BOND FOR CONSTRUCTION.

   A recovery may not be had upon the statutory bond given by a contractor engaging in the construction of public buildings and works, for the value of cartage of supplies to and from a dredge which was used in the performance of the contract.

Error to Alpena; Emerick, J. Submitted November 9, 1909. (Docket No. 10.) Decided December 30, 1909.

Assumpsit by the city of Alpena, for the use and benefit of Thomas Beaudrie, Eugene H. Furbush, and others, against the Murray Company, principal, and the Title Guaranty & Surety Company, surety, upon a statutory bond. A judgment for plaintiff on a verdict directed by the court is reviewed by defendant surety company on writ of error. Reversed, and new trial ordered except as to use plaintiff Furbush.

*Luman W. Goodenough*, for appellant.
*O'Brien & Francis*, for appellees.

BROOKE, J. This is a companion case to that of the *City of Alpena, for use of O'Brien, v. Surety Co.*, *ante*, 334 (123 N. W. 1126), and is controlled thereby, except as to the claim of Eugene H. Furbush, which was for cartage of lumber, coal, machinery, and other supplies to and from the dredge used by the Murray Company in the prosecution of its work under the contract. This use plaintiff is not entitled to the protection of the bond under our determination in the case of the *City of Alpena, for*

*use of Besser*, v. *Surety Co., ante*, 329 (123 N. W. 1126). See cases there cited.

Judgment reversed, and a new trial ordered as to all use plaintiffs except Furbush.

BLAIR, C. J., and MONTGOMERY, OSTRANDER, and HOOKER, JJ., concurred.